UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **PERNELL C. KELLUP** | **CIVIL ACTION** |
| **VERSUS** | **NO. 15-2190** |
| **MARLIN N. GUSMAN, ET AL** | **SECTION "K"(4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Pernell Kellup's § 1983 claims against the defendants, Orleans Parish Sheriff Marlin N. Gusman, Chief of Correction Carmen DeSadier, Warden Bonita Pittman, Deputy Rhodes, Sergeant K. Christian, Detention Officer Sampson, Sergeant C. Cole, Nurse, Nursing Staff, and Hospital Staff are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 29th day of June, 2016.

_____
STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE